CSD 1241 [12/01/15]

Order Entered on
May 13, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Ernestine B. Juhan

Debtor,

Bankruptcy No. 19-02359-LA-13

## ORDER DISMISSING CASE WITHOUT PREJUDICE

It appearing from the Court records for the above-entitled Chapter ___13___ case that the debtor(s) has failed to file or move for an extension of time to file the document(s) identified below and in the Court's *Notice of Missing Schedule(s), Statement(s) and/or Chapter 13 Plan* within the time permitted.

Schedules and/or Statements
Statement of Financial Affairs
Summary of Assets and Liabilities and Certain Statistical Information
Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period
Chapter 13 Plan

Therefor and for good cause showing,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The above-entitled case is dismissed without prejudice.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated.

DATED: May 10, 2019

_____
Judge, United States Bankruptcy Court

**DUE WITHIN 14 DAYS OF FILING**
as governed by Fed. R. Bankr. P 1007(a)(5), (b) and (c),
3015(b), LBR 1017-3, and LBR 5005-4

CSD 1241